DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

———————————————

TREY NONNOMBRE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1724

———————————————

January 9, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Manatee County; Frederick P. Mercurio, Judge.

PER CURIAM.

Affirmed.

KHOUZAM, BLACK, and LABRIT, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.